# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **GURAMI CHIKVILADZE #A249-101-389** | **CIVIL ACTION NO. 1:25-CV-01112 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **U S IMMIGRATION & CUSTOMS ENFORCEMENT ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 8), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus (Doc. 1), is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**THUS, DONE AND SIGNED** in Chambers this 20th day of October, 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**